1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BENJAMIN SCHWARZ, | Case No: CV 13-00356 BRO (PLAx) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| vs. | |
| ERWIN MEINBERG, et al. | Hon. Beverly Reid O'Connell<br>United States District Judge |
| Defendants. | |

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, consistent with this Court's January 13, 2017 Order Re Evidentiary Hearing Regarding Exhaustion Of Administrative Remedies (Doc. 132) and the December 20, 2016 evidentiary hearing, and the entirety of the record in this case, this Court ORDERS AND ENTERS FINAL JUDGMENT as follows:

1. Defendants' Motion for Summary Judgment (Doc. 90) is granted and judgment is entered in favor of Defendants Erwin Meinberg, Brenda Burch, Robert E. McFadden, Susan G. McClintock, Kathleen M. Kenney, Harley G. Lappin, Jr., Charles E. Samuels, Thomas R. Kane, William F. Dalius, Jr., Juan D. Castillo, Linda R. Thomas, Tammy Jones (collectively, "Defendants") on all causes of action;

2. Plaintiff's Motion for Class Certification (Doc. 54) is denied with prejudice;

3. Judgment is hereby entered in favor of Defendants and against Plaintiff Benjamin Schwarz; and

4. In accordance with this Court's January 13, 2017 Order, this action is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED: January 30, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge